NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Tiffany Caldwell & Frederick Caldwell
7641 Bonnie Street
Highland, CA 92410
909-531-6185

ATTORNEY(S) FOR: PRO PER

FILED

CLEAR FORM

2022 AUG 12 AM 11:40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDWIN SEVILLA

Plaintiff(s),

v.

TIFFANY CALDWELL, FREDERICK CALDWELL; et al, DOES 1 TO 10

Defendant(s)

CASE NUMBER:

EDCV22-1431-~~SSS~~ CAS (SPx)

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Tiffany Caldwell & Frederick Caldwell or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| EDWIN SEVILLA | Plaintiff |
| TIFFANY CALDWELL, FREDERICK CALDWELL | Defendants |

8/12/22
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Tiffany Caldwell & Frederick Caldwell